UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KASSEM HUSSEIN,<br><br>                  Petitioners,<br><br>-against-<br><br>UNITED STATES OF AMERICA,<br><br>                  Respondents. | 18 Civ. 849 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    In light of the Court's order of June 12, 2019 (dkt. no. 174 in 13-cr-476) denying Petitioner's motion to vacate (dkt. no. 1), the Clerk of Court shall mark this action closed and deny all pending motions as moot.

**SO ORDERED.**

Dated:    New York, New York
            March 31, 2021

                              _Loretta A. Preska_____
                              LORETTA A. PRESKA
                              Senior United States District Judge